1
2
3
4
5              **UNITED STATES DISTRICT COURT**
6                   **DISTRICT OF NEVADA**
7
8     DIAMETRUS D. COMPTON,              )
          #61224                         )
9                                        )
               Plaintiff,                )        2:10-cv-01499-JCM-PAL
10                                       )
      vs.                                )
11                                       )        **ORDER**
      HOWARD SKOLNIK, *et al.*,          )
12                                       )
               Defendants.               )
13    _____ )/

14          Plaintiff has submitted a *pro se* civil rights complaint.  Plaintiff has failed to submit an

15    application to proceed *in forma pauperis* on the required form.  *See* 28 U.S.C. § 1915(a)(1)-(2); Local

16    Rules of Special Proceedings 1-1, 1-2.  Plaintiff will be granted thirty (30) days in which to submit a

17    completed and signed application to proceed *in forma pauperis* on the form provided by this Court.  The

18    application must be accompanied by all required financial documentation, as described in the

19    instructions for use of the form.

20          The court notes that several consolidated actions that contain nearly identical allegations

21    as this complaint have been dismissed without prejudice for failure to exhaust administrative remedies.

22          **IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** Cridtineplaintiff the

23    approved form for an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document

24    "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."  Within **thirty (30)**

25    days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed application to

26    proceed *in forma pauperis* on the form provided by this Court.  Plaintiff's failure to file an application

to proceed *in forma pauperis* in compliance with this order may result in the dismissal of his lawsuit without prejudice.

DATED this 24th day of November, 2010.

UNITED STATES MAGISTRATE JUDGE